

Edward H. CAHILL, as District Comm'r of Immigration at San Francisco, Cal., v. LI FUNG, Appellee.

No. 7708.

Circuit Court of Appeals, Ninth Circuit.

Dec. 17, 1934.

H. H. McPike, U. S. Atty., of San Francisco, Cal., for appellant.

Stephen M. White, H. A. van Der Zee, A. C. Wollenberg, and Leo Dunnell, all of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

THAMES RIVER LINE, Owner of THE Steamer CARISCO, Libelant-Appellee, v. CHESTER A. POLING, Inc., Motor Vessel THE POLING BROS. NO. 6, Claimant-Appellant.

CHESTER A. POLING, Inc., Owner of THE POLING BROS. NO. 6, Libelant-Appellant, v. THAMES RIVER LINE, Owner of THE Steamer CARISCO, Claimant-Appellee.

No. 31.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Alexander, Ash & Jones, of New York City, for appellant.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decrees (6 F. Supp. 743) affirmed.

---

Jane CAIRNS et al., Executors, etc., Appellants, v. Jacob JOHNSON, Trustee in Bankruptcy, etc.

No. 9626.

Circuit Court of Appeals, Eighth Circuit.

July 23, 1934.

George F. Hise, of Des Moines, Iowa, and Floyd E. Page, of Denison, Iowa, for appellants.

Andrew Bell and C. I. Level, both of Denison, Iowa, for appellee.

PER CURIAM.

Reversed, with costs, and cause remanded, with instructions to carry out stipulation of settlement, pursuant to stipulation of parties.

---

J. V. CHAMPION and J. H. Le Roy, Sr., Receivers of Meadows Fertilizer Company, Appellants, v. R. E. WHITEHURST and W. B. R. Guion, Attorneys for D. L. Ward and E. H. Meadows, Receivers, Appellees, in Cause of DAVISON CHEMICAL COMPANY v. MEADOWS FERTILIZER COMPANY.

No. 3713.

Circuit Court of Appeals, Fourth Circuit.

Oct. 18, 1934.

Kenneth C. Royall, of Goldsboro, N. C., and Larry I. Moore, of New Bern, N. C., for appellants.

W. B. R. Guion and R. E. Whitehurst, both of New Bern, N. C., and Spruill & Spruill, of Rocky Mount, N. C., for appellees.